**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

NATIONAL COLLEGIATE STUDENT : No. 877 MAL 2017
LOANTRUST 2006-1, :
                                                        :
                            Respondent : Petition for Allowance of Appeal from
                                                        : the Order of the Commonwealth Court
                                                        :
                    v.                              :
                                                        :
                                                        :
DAVID BECIROVIC,                    :
                                                        :
                            Petitioner :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.